E-FILED
Monday, 26 June, 2006  03:56:11 PM
Clerk, U.S. District Court, ILCD

```
UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

UNITED STATES              )
OF AMERICA,                )
                           )
        Plaintiff,         )
                           )
    v.                     )
                           )
KEVIN M. SHAFFER and       )
PATRICIA L. SHAFFER,       )
                           )
        Defendants.        )  CIVIL NO. 06-1_____
```

NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on June 26, 2006, and is now pending.

(i)   The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii) The names of the title holders of record are:  Kevin M. Shaffer and
                                                    Patricia L. Shaffer

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lots One (1) and Two (2) and the West Half of the vacated street adjoining on the East in Block Nine (9) in Posts Addition to the Village of Wataga, Knox County, Illinois.

PIN NO. 06-16-431-005

(v)   A common address or description of the location of the real estate is as follows:

442 E. Willard, Wataga, Illinois  61488

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

|  |  |
|---|---|
| Name of mortgagor: | Kevin M. Shaffer and Patricia L. Shaffer |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | April 24, 1998 |
| Date of recording: | April 24, 1998 |
| County where recorded: | Knox County, Illinois |
| Recording document identification: | Recorded as Doc. No. 840595 |

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:   s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded notice to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.