IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1162 |
| | ) |
| KEVIN M. SHAFFER and | ) |
| PATRICIA L. SHAFFER, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Bradley W. Murphy, Assistant United States Attorney, enters his appearance to this Court as co-counsel to represent the United States for the above-named case.

Respectfully submitted,
RODGER A. HEATON
United States Attorney


s/ Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois  61602
Telephone:  309-671-7050
Fax:  217-671-7259
email:  brad.murphy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Kevin M. Shaffer
>442 E. Willard
>Wataga, IL 61488

>Patricia L. Shaffer
>442 E. Willard
>Wataga, IL 61488

Date:6/28/06                                            s/:Margo Scamp
                                                        Legal Assistant