E-FILED
Thursday, 07 September, 2006  08:56:18 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1162 |
| | ) |
| KEVIN M. SHAFFER and | ) |
| PATRICIA L. SHAFFER, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on June 26, 2006. In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit. That the defendants, Kevin M. Shaffer and Patricia L. Shaffer, returned the Waiver of Service of Summons on July 17, 2006, pursuant to Federal Rule of Civil Procedure 4, and have acknowledged receipt of the complaint as shown by the file in this case; they have not answered or otherwise pleaded to the complaint; and that they are now in default.

That said defendants have not answered or otherwise pleaded to said Complaint filed herein and are now in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. That defendants Kevin M. Shaffer and Patricia L. Shaffer are not in the military

service.  See Affidavit of Military Service attached hereto as Exhibit A

3.  The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

4.  The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, formerly Farmers Home Administration, are attached hereto as Exhibit B and incorporated herein.

**WHEREFORE**, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

>
> Respectfully submitted,
> RODGER A. HEATON
> United States Attorney
>
> s/ James A. Lewis
> By: _____
> James A. Lewis, NC Bar No. 5470
> Attorney for Plaintiff
> United States Attorney's Office
> 318 South Sixth Street
> Springfield, IL  62701
> Telephone:  (217) 492-4450
> Fax:  (217) 492-4888
> Email:  jim.lewis2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 06-1162 ) |
| KEVIN M. SHAFFER and PATRICIA L. SHAFFER, | ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF MILITARY SERVICE

STATE OF ILLINOIS     )
                      )
COUNTY OF SANGAMON )

JAMES A. LEWIS says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, Kevin M. Shaffer and Patricia L. Shaffer, are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendants at their last known address. To date, no response has been received from said defendants. To further determine the military status of the defendants-mortgagors, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagors' social security numbers. The national database confirmed that the mortgagors are not in the military service of the United States.

GOVERNMENT
EXHIBIT

A

I declare under penalty of perjury that the foregoing is true and correct. Dated this 7th day of September, 2006.

                                                      s/ James A. Lewis
                                                     _____
                                                     JAMES A. LEWIS

Subscribed and sworn to before me this 7th day of September, 2006.

            (SEAL AFFIXED)        s/ Kathleen G. Gaillard
                                               NOTARY PUBLIC

U.S. Department of Justice



United States Attorney
Central District of Illinois
*Headquarters Office*

---

*Rodger A. Heaton*　　　　　　　　　*318 South Sixth Street*　　　　　　*TEL: (217) 492-4450*
*United States Attorney*　　　　　　*Springfield, IL 62701*　　　　　　　*FAX: (217) 492-4888*

July 21, 2006

Kevin M. Shaffer
442 E. Willard
Wataga, IL 61488

　　　　Re:　<u>United States v. Kevin M. Shaffer, et al.</u>, Case No. 06-1162

Dear Mr. Shaffer:

As you are aware, we are in the process of foreclosing on property at 442 E. Willard, Wataga, Illinois 61488.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*
*Headquarters Office*

---

*Rodger A. Heaton*  *318 South Sixth Street*  *TEL: (217) 492-4450*
*United States Attorney*  *Springfield, IL 62701*  *FAX: (217) 492-4888*

July 21, 2006

Patricia L. Shaffer
442 E. Willard
Wataga, IL 61488

    Re:    <u>United States v. Kevin M. Shaffer, et al.</u>, Case No. 06-1162

Dear Ms. Shaffer:

As you are aware, we are in the process of foreclosing on property at 442 E. Willard, Wataga, Illinois 61488.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| KEVIN M. SHAFFER and ) | |
| PATRICIA L. SHAFFER ) | |
| ) | CIVIL NO. 06-1162 |
| ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagors are in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $8331.63 as of August 28, 2006.

4. As of August 28, 2006, said defendants are indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

**GOVERNMENT EXHIBIT**

B

| | | |
|---|---|---|
| Unpaid Balance of Principal | | $65,538.93 |
| Unpaid Balance of Interest | | $ 5,951.08 |
| Subsidy Assistance | | $19,983.60 |
| Escrow Shortage | | $ 4,336.14 |
| Late Charges | | $    67.52 |
| Fees Assessed | | $   300.00 |
| Interest on Fees | | $     6.99 |
| Court Costs Paid to Date | | $   385.00 |
| | Total | $96,569.26 |
| Daily Accrual | | $12.1757 |

5.  To the best of the knowledge, information and belief of the undersigned; defendant herein are not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ Douglas Wilson
DOUGLAS WILSON
State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 29th day of August 2006.

My Commission Expires:  4/04/07

/s/ Donna M. Wiltshire
Donna M. Wiltshire, Notary

"OFFICIAL S..."
Donna M. Wiltshire
Notary Public, State of Illinois
My Commission Exp. 04/04/2007