E-FILED
Thursday, 07 September, 2006  08:57:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1162 |
| | ) |
| KEVIN M. SHAFFER and | ) |
| PATRICIA L. SHAFFER, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF SANGAMON | ) |

    JAMES A. LEWIS, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

                                        s/ James A. Lewis
                                        JAMES A. LEWIS

Subscribed and sworn to before me this 7th day of September, 2006.

(SEAL AFFIXED)                s/ Kathleen G. Gaillard
                                        NOTARY PUBLIC