E-FILED
Thursday, 07 September, 2006  08:58:18 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 06-1162 |
| KEVIN M. SHAFFER and PATRICIA L. SHAFFER, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING
## MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:  Kevin M. Shaffer            Patricia L. Shaffer
     442 E. Willard              442 E. Willard
     Wataga, IL 61488            Wataga, IL 61488

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on September 7, 2006.  Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                                      Respectfully submitted,
                                      RODGER A. HEATON
                                      United States Attorney

                                      s/ James A. Lewis
                              By:     _____
                                      James A. Lewis, NC Bar No. 5470
                                      Attorney for Plaintiff
                                      United States Attorney's Office
                                      318 South Sixth Street
                                      Springfield, IL  62701
                                      Telephone:  (217) 492-4450
                                      Fax:  (217) 492-4888
                                      Email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Kevin M. Shaffer
>442 E. Willard
>Wataga, IL 61488
>
>Patricia L. Shaffer
>442 E. Willard
>Wataga, IL 61488

|   |   |
|---|---|
| Date: 09/07/06 | s/ James A. Lewis |