AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

United States of America

vs.

Case Number: 06-1162

Kevin M. Shaffer,
Patricia L. Shaffer

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment of Foreclosure is entered in favor of Plaintiff and against Defendant.

ENTER this 26th day of September, 2006

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK