## Legal Notices

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff
v.
KEVIN M. SHAFFER and PATRICIA L. SHAFFER,
　　　　　　　Defendants.

CIVIL NO. 06-1162

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is: Chris Moyrer, Rural Development Manager, 233 S. Soangctaha Road, Galesburg, IL 61401, Telephone No: 309-342-5138, Ext. 4.

2. The common address and other common description, if any, of the real estate is: 442 E. Willard, Wataga, Illinois 61488.

3. The legal description of the real estate is:

· Lots One (1) and Two (2) and the West Half of the vacated street adjoining on the East in Block Nine (9) in Posts Addition to the Village of Wataga, Knox County, Illinois.

· PIN NO. 06-16-431-005.

4. The real estate may be inspected prior to sale at the following times: Available for inspection

5. The time and place of the sale are: December 12, 2006, at 11:00 a.m., at the front door of the Knox County Courthouse, Galesburg, Illinois.

6. The terms of the sale are: 10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2005 and 2006, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed to said premises.

DATED at Springfield, Illinois, this 6th day of October, 2006.

s/ Steven D. Deatherage
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

11/8, 15, 22, 29

---

# Certificate of Publication

STATE OF ILLINOIS, } ss
County of Knox.

The Register-Mail, Inc. (which is incorporated and doing business under and by virtue of the Laws of the State of Illinois) HEREBY CERTIFIES that it is the printer and publisher of The Register-Mail, which is a public secular newspaper of general circulation printed and published daily in the City of Galesburg, County of Knox and State of Illinois, and that said newspaper has been regularly published in said City for at least one (1) year prior to the first publication of the notice hereto attached.

Said Corporation further certifies that the said notice entitled:

"06-1162 Shaffer" hereto attached has been published 4 time(s) in The Register-Mail, on the following respective dates:

| The | 8th  | day of | November | A.D., | 2006 |
| The | 15th | day of | November | A.D., | 2006 |
| The | 22nd | day of | November | A.D., | 2006 |
| The | 29th | day of | November | A.D., | 2006 |

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed in its name on its behalf by Donald W. Cooper this 29th day of November A.D., 2006.

The Register-Mail, Inc.

By: /s/ Donald W. Cooper