IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1162 |
| | ) |
| KEVIN M. SHAFFER and | ) |
| PATRICIA L. SHAFFER, | ) |
| | ) |
| Defendants. | ) |

<u>UNITED STATES MARSHAL'S REPORT OF SALE</u>

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on September 27, 2006, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Knox County, in the City of Galesburg, Illinois, on the 12th day of December, 2006, at the hour of 11:00 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in The Register-Mail, a secular newspaper of general circulation printed and published in the City of Galesburg, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on November 8, 2006, and the last publication on November 29, 2006, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered

said premises for sale to the highest bidder and Sally Barsema, 2925 Knox Rd. 1600 E, Altona, IL 61414, bid the sum of $47,000.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2. Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of August 28, 2006:

| | |
|---|---:|
| Unpaid principal balance | $65,538.93 |
| Accrued interest at $12.1757 per day and unpaid as of 08/28/06 | $5,951.08 |
| Accrued interest from 08/29/06 to 09/27/06, the date of entry of judgment (30 days @ $12.1757 per day) | $365.27 |
| Accrued federal interest from 09/28/06 to 12/12/06, the date of sale (76 days @ $8.9241 per day) | $678.23 |
| Subsidy Recapture | $19,983.60 |
| Escrow shortage | $4,336.14 |
| Late charges | $67.52 |
| Fees assessed | $300.00 |
| Interest on fees | $6.99 |
| Total | $97,227.76 |

Costs of Sale:

Marshal's commission (3% of 1st $1,000 &

  1½% of remaining bid balance) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $720.00

  Marshal's fee for conducting sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $179.50

  Docket Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00

  Recording Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $35.00

  Release Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.00

  Publication charges (Notice of Sale) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $399.36

    Total amount of indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . $98,936.62

Amount of bid at sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $47,000.00

Amount of deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $51,936.62

5. It is also reported:

 i) A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

 ii) The terms of sale were fair and not unconscionable;

 iii) The sale was conducted fairly and without fraud;

 iv) Justice was done by the sale.

Respectfully submitted this 21st day of December, 2006.

                 s/ Steven D. Deatherage
                 _____
                 STEVEN D. DEATHERAGE
                 UNITED STATES MARSHAL
                 CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

        Kevin M. Shaffer
        442 E. Willard
        Wataga, IL 61488

        Patricia L. Shaffer
        442 E. Willard
        Wataga, IL 61488

        Sally Barsema
        2925 Knox Rd. 1600 E
        Altona, IL  61414

s/ James A. Lewis

Date: _____    _____