UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KEVIN M. SHAFFER and PATRICIA L. SHAFFER, | ) ) ) |
| Defendants. | ) CIVIL NO. 06-1162 |

## UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on September 27, 2006, I, the undersigned, on the 12th day of December, 2006, at 11:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Knox County, Galesburg, Illinois, the lands and premises described in said Decree and that Sally Barsema, 2925 Knox Rd. 1600 E, Altona, IL 61414, having bid therefore the sum of $47,000.00, and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Knox, Illinois, and described as follows, to-wit:

> Lots One (1) and Two (2) and the West Half of the vacated street adjoining on the East in Block Nine (9) in Posts Addition to the Village of Wataga, Knox County, Illinois.

PIN NO. 06-16-431-005

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2005 and 2006, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

    Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

    WITNESS my hand this 21st day of December, 2006.

s/ Steven D. Deatherage

_____

STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF SANGAMON | ) |

## ACKNOWLEDGMENT

On this 21st day of December, 2006, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                      JOHN M. WATERS
                                      Clerk of the U.S. District Court

                                      s/ H. Kallister
                                      _____
                                      Deputy Clerk

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701.

Send tax statement to and return this recorded document to: Sally Barsema, 2925 Knox Rd. 1600 E, Altona, IL 61414.