E-FILED
Wednesday, 28 March, 2007 08:25:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN M. SHAFFER and | ) |
| PATRICIA L. SHAFFER, | ) |
| | ) |
| Defendants. | ) CIVIL NO. 06-1162 |

### RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on June 26, 2006, and recorded in the Recorder's Office in Knox County, Illinois, on July 12, 2006, as Document No. 942582, in Book 3394, Page 120, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on June 26, 2006, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The names of the title holders of record are:  Kevin M. Shaffer & Patricia L. Shaffer

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lots One (1) and Two (2) and the West Half of the vacated street adjoining on the East in Block Nine (9) in Posts Addition to the Village of Wataga, Knox County, Illinois.
>
> PIN NO. 06-16-431-005

(v)  A common address or description of the location of the real estate is as follows:

    442 E. Willard, Wataga, Illinois  61488

 (vi)  An identification of the mortgage sought to be foreclosed is as follows:

    Names of mortgagors:  Kevin M. Shaffer and Patricia L. Shaffer

    Name of mortgagee:  United States of America,
            United States Department of Agriculture

    Date of mortgage:  April 24, 1998

    Date of recording:  April 24, 1998

    County where recorded:  Knox County, Illinois

    Recording document identification:   Recorded as Doc. No. 840595

          Respectfully submitted,
          RODGER A. HEATON
          United States Attorney


          s/ James A. Lewis
   By: _____
          James A. Lewis, NC Bar No. 5470
          Attorney for Plaintiff
          United States Attorney's Office
          318 South Sixth Street
          Springfield, IL  62701
          Telephone:  (217) 492-4450
          Fax:  (217) 492-4888
          Email:  jim.lewis2@usdoj.gov


This instrument was prepared by James A. Lewis,  Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.


Please return recorded release to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.